## No. 5916.

### James M. Alexander vs. William Tenant.

In a suit to compel one to remove from the land of the plaintiff, unless the location and boundaries of the land are established with certainty the action must fail.

APPEAL from the District Court for Tangipahoa. KEMP, J.

*Strickland* for Plaintiff Appellant. *Bradley* for Defendant.

DE BLANC, J., delivered the opinion affirming the judgment.

---

## No. 5517.

### W. J. Behan vs. City of New Orleans.

Interest is due upon the monthly instalments of a contract when the stipulation is that they shall be paid monthly.

APPEAL from the Superior District Court of New Orleans. HAWKINS, J.

*Horner & Benedict* for Plaintiff. *Jonas*, City Attorney, for Defendant Appellant.

EGAN, J., delivered the opinion affirming the judgment.